IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

**ENTERED**
OCT 25 2006
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

MAXINE PACK HARLESS, et al.

    Plaintiffs,

v.                                    Civil Action No. 3:01-0470
                                      Honorable Robert C. Chambers

PEN COAL CORPORATION, et al.

    Defendants.

## AGREED ORDER

By Order dated December 14, 2005, this Court directed that Pen Coal and/or its Insurance Carriers were to reimburse Plaintiffs' "their reasonable attorneys' fees attributable to the filing of the August 15, 2005, motion to enforce the settlement, and those attributable to responding and objecting to Pen Coals' Bankruptcy Court filings with respect to the injunctions." On August 18, 2006, Plaintiffs submitted affidavits from four attorneys in which said attorneys submitted under oath the fees and expenses they incurred with regard to the above matters. The attorneys submitting said affidavits were Brian P. Conaty, Charles M. Hatcher, Jr., John H. Hankins and Jason A. Poling. The Court was informed by counsel for Pen Coal that the carriers for Pen Coal have agreed to pay the sums submitted by Plaintiffs' counsel. As such, the Court directs that said carriers pay to the Plaintiffs the sum of $23,916.60, which sum represents the total fees and expenses submitted herein.

As this issue is the only outstanding issue with respect to the payment of attorney fees pursuant to the Order dated December 14, 2006, the Court does hereby find that this issue has been resolved by the parties by agreement and that no further proceedings are necessary before the Court with regard to the Order dated December 14, 2006.

The Court further directs that a copy of this Order is to be sent to counsel of record and any unrepresented parties.

ENTER: This **October** day of **25th**, 2006.

Robert C. Chambers, Judge

Prepared by:

John L. Mac Corkle, Esquire
West Virginia State Bar ID # 2286
MacCorkle, Lavender, Casey & Sweeney, PLLC
300 Summers Street, Suite 800
Charleston, West Virginia 25301
    *Counsel for Pen Coal Corporation*

Approved by:

Charles M. Hatcher, Jr., Esquire
West Virginia State Bar ID # 1633
Hatcher Law Office
636 Fifth Avenue
Huntington, West Virginia 25332-3283
    *Counsel for Plaintiffs*

Jason Poling, Esquire
West Virginia State Bar ID # 7772
Tyson & Tyson
P.O. Box 1096
Huntington, West Virginia 25714
    *Counsel for Plaintiffs*

_____
John Hankins, Esquire
West Virginia State Bar ID # 1573
940 Fourth Ave., Suite 200
Huntington, West Virginia 25701
    *Counsel for Plaintiffs*

_____
Brian Conaty, Esquire
West Virginia State Bar ID # 792
1001 Sixth Ave., Ste 3
Huntington, West Virginia 25701
    *Counsel for Plaintiffs*

_____
Howard M. Persinger, Jr., Esquire
West Virginia State Bar ID # 2872
P.O. Box 1258
Williamson, West Virginia 25661
    *Counsel for Southern Region Industrial Realty, Inc.*

_____
E. Forrest Jones, Jr., Esquire
West Virginia State Bar ID # 1916
P.O. Box 1989
Charleston, West Virginia 25327-1989
    *Counsel for Pocahontas Land Corporation*

_____
William C. Porth, Jr., Esquire
West Virginia State Bar ID # 2943
Robinson & McElwee, PLLC
Post Office Box 1791
Charleston, West Virginia 25326-1791
    *Counsel for Columbia Natural Resources, Inc.*
    *and Columbia Gas Transmission Corp.*